# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150318

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                                    SC: 150318
                                                    COA: 322910

JOE DON BAISDEN,
    Defendant-Appellant.
                                                    Wayne CC: 13-006183-FC

_____/

      On order of the Court, the application for leave to appeal the September 3, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2015



a0513

                                            Clerk